IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| Kenlissia Jones, individually, and as | ) | |
| Next of Kin of Baby Boy Jones, and | ) | |
| As Temporary Administrator of the | ) | |
| Estate of Baby Boy Jones, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:17-cv-105 |
| | ) | |
| Phoebe Putney Memorial Hospital, Inc, | ) | Plaintiff's Consent Motion |
| doing business at 417 W. 3rd Ave., | ) | to File Medical Records of |
| Albany, GA., *et al.,* | ) | Plaintiff Under Seal |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S CONSENT MOTION
TO FILE MEDICAL RECORDS UNDER SEAL

Now comes Plaintiff who moves the Court to file the following medical records under

seal.  The records will be exhibits as attachments, respectively referenced, in a soon-to-be-filed

reply of Plaintiff to Defendants joint response (Doc. 170) to Plaintiff's Motion for Scheduling

Order Hearing (Doc. 169) as follows:

(1) JPB00186 – Attachment 7
(2) JPB00187 – Attachment 8
(3) JPB00233 – Attachment 9
(4) JPB00126 – Attachment 10
(5) JPB00163 – Attachment 11
(5) JPB00162 – Attachment 13

This motion is with consent of Louis Hatcher (Putney Defendants), W. Earl McCall  (Dr.

Reed's counsel), Brian E. Goldberg (Mr. Kiegler's counsel) and Sara E. Brochstein (APD

Defendants).

[SIGNATURES FOLLOW]

1

Respectfully submitted this 13th day of July, 2020.


/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiff

Prepared by:
John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX    706-736-3391
jpbatson@aol.com

CONSENTED TO BY:

/s/ Louis E. Hatcher
Louis E. Hatcher
Georgia State Bar No: 337342
WATSON SPENCE LLP
Attorneys for Defendants Phoebe Putney Memorial
Hospital, Inc., Joanna Bell, and Yolanda Fields
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
lhatcher@watsonspence.com
cwainright@watsonspence.com

/s/ W. Earl McCall
W. Earl McCall
State Bar No. 481250
Attorney for Dr. Reed
P.O. Box 71747
Albany, GA 31708-1747
(229) 888-2600
emccall@mccall-legal.com


/s/ Brian E. Goldberg
Brian E. Goldberg
Georgia Bar No. 417653
Attorney for Def. Keigler

Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 656-6676
Fax: (404) 651-5304
Email: bgoldberg@law.ga.gov


<u>/s/ Sara E. Brochstein</u>
Sara E. Brochstein
Georgia Bar No. 446366
sbrochstein@fmglaw.com
*Attorneys for defendants City of Albany, Georgia,*
*Michael J. Persley, Chanita Salyer, Dexter Hawkins,*
*Alonzo Ingram, Carmelito Preston, and Kawaski Barnes*
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Tel: (770) 818-0000
Fax: (770) 937-9960

CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing upon the following counsel of record by one or more of the following method(s):

Brian  E. Goldberg
Assistant Attorney General
40 Capitol Square, S. W.
Atlanta, GA 30334-1300
(404) 656-6676
Fax: : (404) 651-5304

Louis E. Hatcher
Georgia State Bar No: 337342
Charles K. Wainright, II
Georgia State Bar No: 730349
WATSON SPENCE LLP
Attorneys for Defendants Phoebe
Putney Memorial
Hospital, Inc., Joanna Bell, and
Yolanda Fields
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
lhatcher@watsonspence.com
cwainright@watsonspence.com

Sara E. Brochstein
Georgia Bar No. 446366
sbrochstein@fmglaw.com
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com
*Attorneys for Defendants City of Albany, Georgia,*
*Michael J. Persley, Chanita Salyer, Dexter Hawkins,*
*Alonzo Ingram, Carmelito Preston, and Kawaski*
*Barnes*
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Tel: 770-818-0000
Fax:770-937-9960

W. Earl McCall
State Bar No. 481250
Attorney for Dr. Reed
P.O. Box 71747
Albany, GA 31708-1747
(229) 888-2600
emccall@mccall-legal.com

☒        E-mailing a copy of the same through the court's e-mailing system

Respectfully submitted this 13th day of July, 2020.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Ms. Jones

Prepared by:

John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

4