# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

KENLISSIA JONES, individually, and as Next of Kin and Temporary Administrator of the Estate of Baby Boy Jones,

Plaintiff,

v.

PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., *et al.*,

Defendants.

CASE NO.: 1:17-CV-105 (LAG)

## **ORDER**

The Court has been advised that the Parties have agreed to a settlement in this matter. The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to either dismiss or move to reopen this case no later than **Monday, March 8, 2021.**

**SO ORDERED**, this 8th day of December, 2020.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**