IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| Kenlissia Jones, individually, and as Next of Kin of Baby Boy Jones, and As Temporary Administrator of the Estate of Baby Boy Jones, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Act. No. 1:17-cv-105 |
| Phoebe Putney Memorial Hospital, Inc, doing business at 417 W. 3rd Ave., Albany, GA., *et al.*, | ) ) ) ) | Joint Stipulation of Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | ) ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE
JOINED BY REMAINING PARTIES
UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

NOW COME the parties, through counsel, by their signatures below, who thereby stipulate to a dismissal with prejudice, under Fed R. Civ. P. 41(a)(1)(A)(ii).

Each party is to bear his or her own costs and attorney's fees.

The following counsel have hereby signed this joint stipulation to dismiss with prejudice:

Mr. Louis E. Hatcher and Mr. Charles K. Wainwright

Counsel for Defendants Phoebe Putney Memorial Hospital, Inc., Johanna Bell, Yolanda Fields and Jane Doe White Nurse;

Mr. Gregory T. Talley and Mr. W. Earl McCall

Counsel for Defendant Dr. James Reed;

Ms. Sara Brochstein and Mr. Sun Choy

Counsel for Defendants Chief Michael J. Persley, The City of Albany Georgia, Chanita Salyer, Lakesha Bryant, Dexter Hawkins, Alonzo

        Ingram, Carmelita Preston, Jere Parks, Kawaski Barnes and John and/or Jane Doe Albany Police, Department Supervisors;

    Mr. Brian Goldberg

        Counsel for Defendant Brent Kiegler; and,

    John P. Batson

        Counsel for Plaintiff Kenlissia Jones.

Respectfully submitted this 28th day of December, 2020.

                      /s/ John P. Batson
                      John P. Batson
                      Ga. Bar No. 042150
                      Attorney for Plaintiff Kenlissia Jones

Jointly stipulated and signed by:

/s/Louis E. Hatcher
Bar No.: 337342
Charles K. Wainwright, II
Bar No.: 730349
Watson Spence, LLP
320 W. Residence Ave.
Albany, GA 31701
229-436-1545
lhatcher@watsonspence.com
cwainright@watsonspence.com
*Counsel for Phoebe Putney Memorial Hospital, Inc.,*
*Johanna Bell, Yolanda Fields and Jane Doe White Nurse*

/s/ Gregory T. Talley
Bar No.: 696705
Coleman Talley, LLP
109 S. Ashley Street
Valdosta, GA 31601
229-242-7562
greg.talley@colemantalley.com
Mr. W. Earl McCall
Bar No.: 481250
1101 Valley Rd.
PO BOX 71747
Albany, GA 31708-1747
229-888-2600
emccall@mccall-legal.com
*Counsel for Dr. James Reed*

/s/ Sara Brochstein
Ga. Bar No.: 446366
Sun Choy
Bar No.: 025148
Freeman, Mathis, & Gary, LLP
100 Galleria Parkway, Suite 205
Atlanta, GA 30339-5948
770-818-0000
sbrochstein@fmglaw.com
sunchoy@fmglaw.com
*Counsel for Defendants Chief Michael J. Persley, The City of Albany Georgia, Chanita Salyer, Lakesha Bryant, Dexter Hawkins, Alonzo Ingram, Carmelita Preston, Jere Parks, Kawaski Barnes and John and/or Jane Doe, Albany Police, Department supervisors*

/s/Brian E. Goldberg
Bar No.: 417635
State Department of Law
40 Capitol Sq. SW
Atlanta, GA 30334
404-458-3555
Fax: 404-651-5304
bgoldberg@law.ga.gov
*Counsel for Defendant Brent Kiegler*

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
*Counsel for Plaintiff Kenlissia Jones*

Prepared by:
John P. Batson
1104 Milledge Road
Augusta, GA 30914-3248
Phone 706-737-4040
FAX    706-736-3391
jpbatson@aol.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have this day served a copy of Stipulation of Dismissal with Prejudice Joined by Remaining Parties Under Fed. R. Civ. P. 41(A)(1)(A)(ii) upon all parties to this matter by e-mailing a copy of the same through the court's e-mailing system:

   Brian E. Goldberg
   Bar No.: 417635
   Susan E. Teaster
   Bar No.: 701415
   Deborah Nolan Gore
   Bar No.: 437340
   40 Capitol Sq. SW
   Atlanta, GA 30334
   404-656-6676
   Email: bgoldberg@law.ga.gov
   *Attorneys for Brent Kiegler, Tracey Hudson*

   Sara E. Brochstein
   Bar No.: 446366
   Sun S. Choy
   Bar No.: 025148
   FREEMAN, MATHIS & GARY, LLP
   100 Galleria Pkwy., Ste. 205
   Atlanta, GA 30339-5948
   *Attorneys for Chief Michael J. Persley, City of Albany Georgia, Chanita Salyer, Lakesha Bryant, Dexter Hawkins, Alonzo Ingram, Carmalita Preston, Jere Parks and Kawaski Barnes*

   Louis E. Hatcher
   Bar No.: 337342
   Charles Knox Wainright, II
   Bar No.: 730349
   Watson Spence, LLP
   320 W Residence Ave.
   Albany, GA 31701
   *Attorney for Defendants Phoebe*
   *Putney Memorial Hospital, Nurse*
   *Joanna Bell, and Yoland Fields*

   Gregory T. Talley
   Coleman Talley, LLP
   109 S. Ashley Street
   Valdosta, GA 31601
   229-242-7562
   greg.talley@colemantalley.com

        W. Earl McCall
        McCall Williams, LLC
        1101 Valley Rd.
        Albany, GA  31708-1747
        emccall@mccallwilliams.com
        *Dr. James Reed*

Respectfully submitted this 28th day of December, 2020.

                                                          /s/ John P. Batson
                                                          John P. Batson
                                                          Ga. Bar No. 042150
                                                          Attorney for Ms. Jones

Prepared by:

John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com